**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2537**

JACQUELINE REESE,

Plaintiff - Appellant,

versus

NEW YORK LIFE INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-95-3487-S)

Submitted: April 8, 1997          Decided: May 15, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacqueline Reese, Appellant Pro Se. Gregory Lee VanGeison, ANDERSON, COE & KING, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Appellee in this diversity action alleging breach of a disability insurance contract. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Reese v. New York Life Ins. Co.</u>, No. CA-95-3487-S (D. Md., Sep. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>